No. 86–359.  CASTRO GONZALEZ *v.* PUERTO RICO ET AL., 479 U. S. 1024;

No. 86–710.  SLADE *v.* UNITED STATES OF MEXICO, 479 U. S. 1032;

No. 86–726.  BAKER *v.* LOS ANGELES HERALD EXAMINER ET AL., 479 U. S. 1032;

No. 86–745.  VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., 479 U. S. 1064;

No. 86–918.  CITY AND COUNTY OF SAN FRANCISCO ET AL. *v.* CHRISTIAN SCIENCE READING ROOM JOINTLY MAINTAINED ET AL., 479 U. S. 1066;

No. 86–5510.  FELDMAN *v.* UNITED STATES, 479 U. S. 1067;

No. 86–5632.  SCINTO *v.* UNITED STATES, 479 U. S. 1037;

No. 86–5724.  TAUVAR *v.* BAR HARBOR CONGREGATION OF JEHOVAH'S WITNESSES, INC., ET AL., 479 U. S. 1038;

No. 86–5735.  HUBBARD *v.* ONION, 479 U. S. 1038;

No. 86–5757.  ROYAL *v.* EXXON U. S. A. CHEMICAL DEPARTMENT, 479 U. S. 1038;

No. 86–5882.  HARRISON *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, 479 U. S. 1042; and

No. 86–5978.  MCDONALD *v.* ALABAMA, 479 U. S. 1061.  Petitions for rehearing denied.

No. 86–5809.  POINDEXTER *v.* FEDERAL BUREAU OF INVESTIGATION, 479 U. S. 1047.  Petition for rehearing denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

MARCH 9, 1987

No. 86–1178.  DIPPEL *v.* TACO BELL CORP.  Appeal from Ct. App. Mo., Eastern Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1198.  CHEVRON U. S. A. INC. *v.* LOR, INC., ET AL. Appeal from Ct. App. La., 1st Cir., dismissed for want of substantial federal question.